MICHAEL J. LAMPE  #082199
MICHAEL P. SMITH #206927
Law Offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291
Telephone (559) 738-5975

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNRIVER TRADING COMPANY LIMITED, A California Corporation dba Sunriver Sales,<br><br>Plaintiff,<br><br>vs.<br><br>FRESH EXPORT LTDA, a business form unknown; FRANCISCO VALENZUELA and Does 1 through 20, inclusive,<br><br>Defendants. | Case No.  1:08-CV-00573-OWW-SMS<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulation for Dismissal entered into between Plaintiff Sunriver Trading Company Limited  (*Plaintiff*), by and through its counsel, Michael P. Smith of the Law Offices of Michael J. Lampe, and by Defendant Fresh Export LTDA, (*Defendant*), by and through its counsel, E. Soren Diaz of Lombardo & Gilles, LLP, filed with this Court on September 12, 2008, this action is dismissed with prejudice, subject to the following:

1.	The parties have entered into a written settlement agreement and release of all claims, (*the settlement agreement*) a true and correct copy of which is attached hereto as Exhibit A, and incorporated by reference as if fully set forth.

_____
ORDER OF DISMISSAL

2. This Court has, and will retain, subject matter, personal and ancillary jurisdiction to enforce the settlement agreement, the terms of which are incorporated into this Order of Dismissal by reference, such that a breach of the settlement agreement shall constitute a violation of this Order of Dismissal.

3. Plaintiff and Defendant each retain the right to bring motions before this Court to enforce the settlement agreement, and this Court shall retain jurisdiction to set aside this Dismissal and reinstate this action according to the terms of the settlement agreement if the parties do not comply with the terms of the settlement agreement.

4. Subject to this Court's retention of subject matter, personal and ancillary jurisdiction to enforce the settlement agreement as set forth herein, this action is dismissed with prejudice.

5. Each party shall bear its own costs of suit and attorney fees, except as set forth in paragraph 8 of the settlement agreement attached hereto.

IT IS SO ORDERED.


Dated: September 16, 2008          /s/ OLIVER W. WANGER
                                   UNITED STATES DISTRICT COURT

_____
ORDER OF DISMISSAL